UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BENNIE R. ABERCROMBIE, on behalf of himself and others similarly situated | CIVIL ACTION NO. 15-2214 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| ROGERS, CARTER & PAYNE, LLC | MAGISTRATE JUDGE KAREN HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint [Record Document 1] be and hereby is **DISMISSED without prejudice** for lack of standing. Plaintiff's motion for class certification and appointment of class counsel [Record Document 29] is **DENIED as moot.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 5th day of February, 2017.

Elizabeth Erny Foote
United States District Judge